UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JULIE E. HUNTER,

    Plaintiff,

v.                                           Case No. 1:22-cv-226-MCR/MJF

VETERANS ADMINISTRATION and
UNITED STATES OF AMERICA,

    Defendants.
_____/

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 8, 2023. (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice for failure to comply with four court orders and failure to prosecute.

3. The clerk of the court shall close the case file.

**DONE AND ORDERED** this 8th day of June 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**